Motion for leave to appeal denied on the ground that an appeal lies as of right (CPLR 5601 [b] [1]).

Judges STEIN and FAHEY taking no part.

In the Matter of COUNTY OF JEFFERSON, Appellant, v NIRAV R. SHAH, as Commissioner of the New York State Department of Health, et al., Respondents. (Appeal No. 2.)

Submitted May 4, 2015; decided October 27, 2016

Motion for leave to appeal denied on the ground that an appeal lies as of right (CPLR 5601 [b] [1]).

Judges STEIN and FAHEY taking no part.